IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LARRY DENSON, et al.,

   Plaintiffs,

     v.

THE CITY OF COLLEGE PARK, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:07-CV-1624-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 106] of the Magistrate Judge recommending granting the Defendants' Motion for Summary Judgment [Doc. 59]. The Plaintiffs are 22 black and white employees of the Fire Department for the City of College Park and one Pacific Islander employee of the department. The Plaintiffs' Objections to the Report and Recommendation are without merit for the reasons stated in the thorough and well reasoned Report and Recommendation of the Magistrate Judge. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion for Summary Judgment [Doc. 59] is GRANTED.

SO ORDERED, this 5 day of February, 2009.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge